IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMANEYES TECHS., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-398-GMS |
| SONY ELECS., INC., SONY CORP., SONY | ) | |
| CORP. OF AMERICA, SONY MOBILE | ) | |
| COMMS. AB, SONY MOBILE COMMS. | ) | |
| (USA), INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ROBERT L. GERRITY IN SUPPORT
OF HUMANEYES TECHNOLOGIES, LTD.'S ANSWERING BRIEF IN
OPPOSITION TO SONY'S MOTION TO STAY LITIGATION PENDING THE
OUTCOME OF *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT**

ASHBY & GEDDES
Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel*:

Matthew D. Powers
Steven S. Cherensky
Paul T. Ehrlich
Stefani C. Smith
Robert L. Gerrity
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
(650) 802-6000

Dated:  May 6, 2013

{00745571;v1 }

I, Robert L. Gerrity, am an attorney at law admitted to practice in the State of California, and an associate at Tensegrity Law Group LLP, counsel for HumanEyes Technologies, Ltd. ("HumanEyes").  I was admitted *pro hac vice* in this case on April 16, 2012.  I make this certification in support of HumanEyes' Opposition Brief in Response to Sony's Motion to Stay Litigation Pending the Outcome of *Inter Partes* Review of the Patents-in-Suit.

1.     Along with other counsel from Tensegrity Law Group, I represented HumanEyes in connection with ITC Inv. No. 337-TA-842, which concerned the same patents asserted in the action before this Court, and for which Sony now seeks *Inter Partes* review.  At the time of the termination of that Investigation on September 25, 2013, the parties had already engaged in nearly seven months of intensive litigation regarding these patents.   Fact discovery had closed on September 21, 2013.  This included: 476,177 pages of documents produced by Sony; 104,919 pages of documents produced by HumanEyes; and the depositions of at least 22 witnesses, including the completion of each party's 30(b)(6) depositions.  The parties also propounded and responded to a combined 192 interrogatory requests, 245 requests for production, and 305 requests for admission, and negotiated and completed email discovery according to agreed upon custodians and search terms.

2.     Prior to the termination of the ITC Investigation, the parties also had exchanged detailed infringement and invalidity contentions and responses to those contentions.  With respect to claim construction activities, the parties also exchanged lists of claim terms believed to require construction, proposed constructions for the disputed terms, and identified the intrinsic and extrinsic evidence the parties intended to rely on to support those proposed constructions.

3.     Attached hereto as Exhibit 1 is a copy of Order No. 3 setting the target date for completion of ITC Investigation No. 337-TA-842.

4.      Attached hereto as Exhibit 2 is a copy of Order Nos. 4 and 8 setting and amending the procedural schedule for ITC Investigation No. 337-TA-842.

5.      Attached hereto as Exhibit 3 is a copy of Order No. 1 the Protective Order for ITC Investigation No. 337-TA-842.

6.      Attached hereto as Exhibit 4 is a copy of Defendants Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Mobile Communications AB, and Sony Mobile Communications (USA) Inc.'s (collectively "Sony's") August 29, 2012 invalidity contentions and associated exhibits served on HumanEyes in ITC Investigation No. 337-TA-842.

7.      Attached hereto as Exhibit 5 is a copy of Order No. 10 issued September 21, 2012 staying the procedural schedule for ITC Investigation No. 337-TA-842.

8.      Attached hereto as Exhibit 6 is a copy of a letter from Sony to HumanEyes from ITC Investigation No. 337-TA-842, producing documents bearing Bates Nos. SONY842ITC 00475913 - SONY842ITC 00476177.

9.      Attached hereto as Exhibit 7 is a copy of a letter from HumanEyes to Sony from ITC Investigation No. 337-TA-842, producing documents bearing Bates Nos. HET00014368 - HET00016065 and HET00188889 - HET00189242.

10.      Attached hereto as Exhibit 8 is a copy of Order No. 11 from ITC Investigation No. 337-TA-842.

11.      Attached hereto as Exhibit 9 is a copy of the Notice of Commission Determination Not to Review an Initial Determination Terminating the Investigation from ITC Investigation No. 337-TA-842.

12.      Attached hereto as Exhibit 10 is a copy of the '003 Patent.

Attached hereto as Exhibit 11 is a copy of the '284 Patent.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 6th day of May, 2013 in Redwood Shores, California.

Robert L. Gerrity